

**PRIORITY MAIL**
**LEGAL FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

7019 1640 0001 6767 3303

*PRESS FIRMLY TO SEAL*

*PRESS FIRMLY TO SEAL*

# UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL

- ■ Expected delivery date specified for domestic use.
- ■ Most domestic shipments include up to $50 of insurance (restrictions apply).*
- ■ USPS Tracking® included for domestic and many international destinations.
- ■ Limited international insurance.**
- ■ When shipping internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# LEGAL FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

**FROM:**

J. Salamon - 91052-038
Fort Dix - FCI
5756 Hartford St. & Pointville Rd.
Post Office Box 2000
Joint Base MDL, New Jersey
08640-0902

RECEIVED
JAN 6 2023
AT 6:30 WILLIAM WALSH CLERK

**TO:**

United States District Court
For The District of New Jersey
Camden Division
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, Room 1050
Camden, New Jersey
08102-1570

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS00001000060

Legal Flat Rate Envelope
EP14L May 2020
OD: 15 x 9.5

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14L © U.S. Postal Service; May 2020; All rights reserved.